UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

| | : | |
|---|---|---|
| MATTHEW W. WADDELL, | : | CASE NO. 1:17-cv-1078 |
| Plaintiff, | : | |
| vs. | : | OPINION AND ORDER |
| | : | [Resolving Doc. 1] |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 23, 2017, Plaintiff Matthew W. Waddell filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's denial of his application for disability insurance benefits.[1] The Court referred the matter to Magistrate Judge Thomas M. Parker.

On May 10, 2018, Magistrate Judge Parker issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to that R&R were due by May 24, 2018. Plaintiff Waddell filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[3] Failure to timely object waives a party's right to appeal the magistrate's report.[4] Where a party does not object to the R&R, a district court may adopt it without review.[5]

Accordingly, in light of Plaintiff Waddell's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Parker's R&R, incorporates it as if fully restated herein, and **AFFIRMS**

---

[1] Doc. 1.
[2] Doc. 14.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149–50.

the Commissioner's final decision.

IT IS SO ORDERED.

Dated: May 29, 2018              *s/        James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE